Sam Benedeck, appellee, v. Minnie W. Christesen, appellant. Gen. No. 32,646.

Heard in the first division of this court for the first district at the April term, 1928. Opinion filed January 21, 1929. Rehearing denied February 4, 1929.

Edward J. Queeny, for appellant. Theodore Stone, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Simon Wise, appellant, v. Harry Florence and George Lomax, appellees. Gen. No. 32,818.

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929.

Jesse Marcus, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Herman Kieselbach, defendant in error, v. Sarah Rosenberg and Louis Rosenberg, plaintiffs in error. Gen. No. 32,828.

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929.

P. R. Boylan, for plaintiffs in error. Maximilian J. St. George, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

Wladyslaw Sokolowski and John Marcinkowski, trading as Perfection Parlor Furniture Company, appellants, v. Boleslaw Sokolowski and Chester Sokolowski, appellees. Gen. No. 32,842.

Heard in the first division of this court for the first district at the June term, 1928. Opinion filed January 21, 1929. Rehearing denied February 4, 1929.

Campbell & Jacobson, for appellants; Lawrence A. Jacobson, of counsel. Maximilian J. St. George, for appellees.

Mr. Justice Matchett delivered the opinion of the court.